# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT DEVENCENZI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TUCKER, *et. al.*,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-00353-CLB<br><br>**ORDER DISMISSING DEFENDANT FOR LACK OF SERVICE PURSUANT TO FED. R. CIV. P. 4(m)** |

　　　The complaint in this action was filed on November 2, 2022. (ECF No. 6.) The Court issued a notice of intent to dismiss Defendant Tucker pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by February 28, 2024. (ECF No. 49.) To date, no such proof of service has been filed.

　　　Accordingly, **IT IS ORDERED** that the claims against Tucker are dismissed without prejudice.

**DATED**: March 4, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**