AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

ROBERT DEVENCENZI,

                Plaintiff,

v.

TUCKER, *et al.,*

                Defendants.

JUDGMENT

Case Number:  3:22-cv-00353-CLB

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Lewis's motion for summary judgment, (ECF No. 45), is granted.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Lewis and this case is closed.



Date: March 4, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk